# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 288 WAL 2018

    Respondent    :

                               :    Petition for Allowance of Appeal from the Order of the Superior Court

       v.    :

BILLY LONG,    :

    Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 289 WAL 2018

    Respondent    :

                               :    Petition for Allowance of Appeal from the Order of the Superior Court

       v.    :

BILLY LONG,    :

    Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 290 WAL 2018

    Respondent    :

                               :    Petition for Allowance of Appeal from the Order of the Superior Court

       v.    :

BILLY LONG,    :

    Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 28th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.